IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN GWIAZDA, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| LVNV FUNDING, LLC and | : | |
| PATENAUDE & FELIX, A.P.C., | : | |
| *Defendants*. | : | No. 22-00698 |

**ORDER**

**AND NOW,** this **15th** day of **September**, **2022**, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 14), Plaintiff's Response in Opposition (ECF No. 19), Defendants' Reply in Support (ECF No. 20), and Plaintiff's Sur-Reply in Opposition (ECF No. 25), it is **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Defendants' Motion is **GRANTED**.

The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT

/s/ *Chad F. Kenney*

_____
**CHAD F. KENNEY, JUDGE**