# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHRYN GWIAZDA, | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| LVNV FUNDING, LLC and | : | |
| PATENAUDE & FELIX, A.P.C., | : | |
| *Defendants*. | : | No. 22-00698 |

## ORDER

**AND NOW**, this **2ⁿᵈ** day of **November, 2022,** upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 28), Defendants' Response in Opposition (ECF No. 29) and this Court's prior Memorandum and Order (ECF Nos. 26, 27) granting Defendant's Motion for Summary Judgment, it is **hereby ORDERED** that for the reasons set forth in the accompanying Memorandum, Plaintiff's Motion for Reconsideration (ECF No. 28) is **DENIED**.

BY THE COURT

/s/ **Chad F. Kenney**

CHAD F. KENNEY, JUDGE